IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA L. FENTRESS, | 1:06-CV-00421-AWI-WMW-HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| KATHY MENDOZA POWERS, Warden, | (DOCUMENT #5) |
| Respondent. / | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed an application to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   June 16, 2006**          /s/  William M. Wunderlich
bl0dc4                              UNITED STATES MAGISTRATE JUDGE